E. Gerard Mannion (State Bar #77287)
Email: gerry@mannionlowe.com
Wesley M. Lowe (State Bar #111761)
Email: wes@mannionlowe.com
Kelly M. Mannion (State Bar #278816)
Email: mannion.kelly@gmail.com
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA  94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
SHANA STURM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANA STURM,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.<br><br>    Defendants. | Case No. C 12-01810 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONSOLIDATE HEARING DATES FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO SEVER/DISMISS.<br><br>**Date: June 21, 2012**<br>**Time: 8:00 a.m.**<br>**Courtroom: 8, 19th Floor**<br><br>**The Honorable William H. Alsup** |

Based on the Stipulation of the parties, it is ordered that defendants USAA and USAA Life Insurance Company's Motion to Sever Plaintiff's Claims Against New York Life Insurance Company, AARP, AARP Services, Inc. and Trustee of the AARP Life Insurance Trust, and Dismiss USAA, and plaintiff's Motion to Remand be heard on June 21, 2012.  It is further ordered that defendants USAA and USAA Life Insurance Company may have until June 1, 2012 in which to file their reply brief in support of their Motion.  All other briefing dates remain the same as to both motions.

Dated:  May 21, 2012.

                                                        William Alsup
                                                        UNITED STATES DISTRICT JUDGE